UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SARMIENTO, | No. 2:15-cv-0364 KJM CKD P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| RONALD RACKLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2015, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2015, are adopted in full; and

2. All claims in the petition are summarily dismissed except for petitioner's challenge to the sufficiency of the evidence supporting his conviction; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:   May 22, 2015.

_____
UNITED STATES DISTRICT JUDGE